IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-78-02-JEC-ECS |
| MONYETTE MCLAURIN, | |
| Defendant. | |

### **ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [90] recommending accepting defendant's plea of guilty tendered on May 22, 2014. No objections to the Report and Recommendation [90] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [90] and **ACCEPTS** the defendant's plea of guilty as to Count Four of the Indictment.

SO ORDERED, this 10th day of July, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE